**Jeffrey D. ARMSTRONG, Individually, Plaintiff,**

Iowa.

William Lawrence, doing business as Native American Press/Ojibwe News, Appellant,

v.

MILLE LACS TRIBAL POLICE DE-PARTMENT; Mille Lacs Band of Chippewa Indians; Marc R. Gabiger, Individually, Appellees.

Jeffrey D. Armstrong, Individually, Appellant,

William Lawrence, doing business as Native American Press/Ojibwe News, Plaintiff,

v.

Mille Lacs Tribal Police Department; Mille Lacs Band of Chippewa Indians; Marc R. Gabiger, Individually, Appellees.

Nos. 02–3536, 02–3556.

United States Court of Appeals, Eighth Circuit.

Submitted May 7, 2003.

Decided May 27, 2003.

Before MELLOY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

In these consolidated appeals, Jeffrey D. Armstrong and William Lawrence—d/b/a Native American Press/Ojibwe News—appeal the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. Having carefully reviewed

the record, *see Spencer v. Knapheide Truck Equip. Co.*, 183 F.3d 902, 904–05 (8th Cir.1999) (standard of review), *cert. denied*, 528 U.S. 1157, 120 S.Ct. 1165, 145 L.Ed.2d 1076 (2000), we agree with the district court's thorough analysis; and we decline to address the new arguments and allegations appellants raise, *see Orr v. Wal–Mart Stores, Inc.*, 297 F.3d 720, 725 (8th Cir.2002). Accordingly, we affirm. *See* 8th Cir. R. 47B.

[1]. The Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).